(108 So. 73)

### George LONG v. STATE.　(5 Div. 941.)

(Supreme Court of Alabama, March 18, 1922. Rehearing Denied April 22, 1926.)

Certiorari to Court of Appeals.

Joe Brown Duke, of Opelika, for petitioner. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of George Long for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Long v. State, 108 So. 73.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, ·and MILLER, JJ., concur.